JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORIGINS NATURAL RESOURCES INC., a California Corporation,<br><br>Defendant. | Case No. CV 23-3152 FMO (JCx)<br><br>**ORDER DISMISSING ACTION** |

    Having reviewed the parties' Joint Response to Order to Show Cause Re: Sanctions or Dismissal, it is clear that the parties have settled plaintiff's individual claims and agreed to dismiss the class allegations. Accordingly, IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the class claims. The parties may, upon good cause shown within 30 days from the filing date of this Order, seek to re-open the action if settlement is not consummated.

Dated this 28th day of December, 2023.

                                                        /s/
                                        Fernando M. Olguin
                                     United States District Judge